IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN FEDERAL DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONYA ROE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.: 5:24 – cv – 000492 – J |
| ) | |
| QUINTESSA LLC d/b/a ) | |
| QUINTESSA MARKETING, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S WITNESS LIST

The Plaintiff, Tonya Roe, in accordance with the Court's Scheduling Order submits her Witness List as follows:

| No. | Name | Address | Proposed Testimony | |
|---|---|---|---|---|
| 1. | Tonya Roe | c/o Dustin J. Hopson<br>HOPSON LEGAL LLC<br>119 N. Robinson Ave., #650<br>OKC, Oklahoma 73102<br>405-673-7560 | Will testify about all facts and circumstances associated with her claims, promises made by Defendants, and damages. | Expected to be called. |

| 2. | Samantha Koob- Defendant's Retention Department | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify about knowledge of Plaintiff's job performance; knowledge of requirement that Plaintiff be paid commission/bonuses, and further knowledge of facts and circumstances surrounding claims and further claims and defenses of the defendant. | Expected to be called. |
|---|---|---|---|---|
| 3. | Mike Walker- Defendant's COO | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify about knowledge of Plaintiff's job performance; knowledge of requirement that Plaintiff be paid commission/bonuses, and further knowledge of facts and circumstances surrounding claims and further claims and defenses of the defendant. | Expected to be called. |

| | | | | |
|---|---|---|---|---|
| 4. | Lauren Von (Mingee)<br><br>Owner/CEO Of Defendant | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify about knowledge of Plaintiff's job performance; knowledge of requirement that Plaintiff be paid commission/bonuses; knowledge of efforts to deny bonus/commissions to Plaintiff; reasons for termination and/or retaliatory termination of Plaintiff; knowledge of Plaintiff's protected activity; and further knowledge of facts and circumstances surrounding claims and further claims and defenses of the defendant. | Expected to be called. |
| 5. | Jason Watts- Defendant's Employee | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify of knowledge and experience of bonus practices; knowledge of Plaintiff's job performance; knowledge of requirement that Plaintiff be paid commission/bonuses, and further knowledge of facts and circumstances surrounding claims and further claims and defenses of the defendant. | Expected to be called. |

| | | | | |
|---|---|---|---|---|
| 6. | Natasha Watts | 405-328-3847 (Former Employee) | Will testify of knowledge and experience of bonus practices. | Expected to be called. |
| 7. | Chandler Smith | 580-465-6415 (Former Employee) | Will testify of knowledge and experience of bonus practices. | Expected to be called. |
| 8. | Randalyn Menefee | 405-888-4217 (Former Empoloyee) | Will testify of knowledge and experience of bonus practices. | Expected to be called. |
| 9. | Tiahna Taylor- Defendant's Employee | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify of knowledge and experience of bonus practices. | Expected to be called. |
| 10. | Mark Oare Defendant's Employee | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify of knowledge and experience of bonus practices and expectations for payment. | Expected to be called. |

| | | | | |
|---|---|---|---|---|
| 11. | Rachel Roe Executive Assistant to Von | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify about knowledge of Plaintiff's job performance; knowledge of requirement that Plaintiff be paid commission/bonuses; knowledge of efforts to deny bonus/commissions to Plaintiff; reasons for termination and/or retaliatory termination of Plaintiff; knowledge of Plaintiff's protected activity; and further knowledge of facts and circumstances surrounding claims and further claims and defenses of the defendant. | Expected to be called. |
| 12. | Victor Ponce Defendant's Employee | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify of knowledge and experience of bonus practices. | May be called. |
| 13. | Rhett Ables- Defendant's Chief Retention Officer | c/o Benjamin McCaslin STRIDE LAW, PLLC PO BOX 1407 Guthrie, OK 73044 405-562-7740 | Will testify regarding facts and circumstances surrounding employment and further claims and defenses of the defendant. | May be called. |

| | | | | |
|---|---|---|---|---|
| 14. | Benjamin McCaslin, Attorney | STRIDE LAW, PLLC<br>PO BOX 1407<br>Guthrie, OK 73044<br>405-562-7740 | Will testify of knowledge and experience of bonus practices; knowledge of his involvement in events surrounding Plaintiff's termination; knowledge of communications between Defendant and Plaintiff that involved both himself and Plaintiff; knowledge of reasons for denial of Plaintiff's bonus and commissions; knowledge of Plaintiff's protected activity; further knowledge of facts and circumstances of Plaintiff's claims and defenses thereto. | Expected to be called.<br><br>Mr. McCaslin attended key meetings involving discussions of the bonus system. Plaintiff anticipates filing a Motion to Disqualify Mr. McCaslin as attorney of record because he is also a witness. |
| 15. | Jason Terrazus Plaintiff's Supervisor | c/o Benjamin McCaslin STRIDE LAW, PLLC<br>PO BOX 1407<br>Guthrie, OK 73044<br>405-562-7740 | Will testify about knowledge of Plaintiff's job performance; knowledge of requirement that Plaintiff be paid commission/bonuses, and further knowledge of facts and circumstances surrounding claims and further claims and defenses of the defendant. | Expected to be called. |
| 16. | Further witnesses identified during discovery and those witnesses identified by Defendant to which Plaintiff does not object. | | | |

Plaintiff does not have any expert witnesses.

                                              Respectfully submitted,

                                              _s/ Dustin J. Hopson_____
                                              Dustin J. Hopson, OBA #1984
                                              Amy S. Neathery, OBA #20344
                                              Hopson Legal LLC
                                              119 N. Robinson Ave., #650
                                              Oklahoma City, OK 73102
                                              Telephone: (405) 633-2838
                                              Email: dustin@hopsonlawfirm.com
                                              Email: amy@hopsonlawfirm.com
                                              *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

On the 5th day of November, 2024, a true and correct copy of the above and foregoing document was filed with the ECF filing system which will automatically notify the following counsel of record of its filing

    Benjamin McCaslin
    STRIDE LAW, PLLC
    PO BOX 1407
    Guthrie, OK 73044
    ben@stride.law

                                              _s/ Dustin J. Hopson_____
                                              Dustin J. Hopson